UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DAVIDA L. BURKHARD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

Case No. 17-cv-13679
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that Order.

                            s/Matthew F. Leitman
                            MATTHEW F. LEITMAN
                            UNITED STATES DISTRICT JUDGE

Dated: March 23, 2018

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 23, 2018, by electronic means and/or ordinary mail.

                            s/Holly A. Monda
                            Case Manager
                            (810) 341-9764